# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SCOTT KINDRED,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE,<br><br>    Respondent. | Case No.: 1:21-cv-00532-AWI-JLT (HC)<br><br>ORDER WITHDRAWING FINDINGS AND RECOMMENDATIONS |

On May 13, 2021, the Court issued findings and recommendations to dismiss the petition for failure to comply with the court order and failing to file a first amended petition. (Doc. 9.) On May 24, 2021, Petitioner filed objections to the findings and recommendations, indicating that he did file an amended petition which was filed as a new matter. (Doc. 10 at 1.) The amended petition was in fact inadvertently docketed in a new action at Case No.: 1:21-cv-00666-HBK. The Court ordered that the petition be filed in this case (Case No.: 1:21-cv-00532-AWI-JLT) as an amended petition. Accordingly, the findings and recommendations (Doc. 9) are WITHDRAWN.

IT IS SO ORDERED.

Dated:   **June 16, 2021**              _ /s/ Jennifer L. Thurston
                                         CHIEF UNITED STATES MAGISTRATE JUDGE